# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CIRCLE M FEEDS, LLC, a Missouri limited liability company, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) Case No.<br>) |
| (1) NEAL CATTLE COMPANY, LLC, an Oklahoma limited liability company; and<br>(2) DERRICK L. NEAL, | ) **JURY TRIAL DEMANDED**<br>)<br>)<br>) |
| Defendants. | )<br>) |

## COMPLAINT

Plaintiff, Circle M Feeds, LLC ("Plaintiff"), for its Complaint against Defendants, Neal Cattle Company, LLC ("NCC") and Derrick L. Neal ("Neal") (collectively, "Defendants"), alleges and states as follows:

### Parties, Jurisdiction and Venue

1. Plaintiff is a Missouri limited liability company. The members of Circle M Feeds, LLC are an individual who is a Missouri resident and Circle M Cattle, LLC, a Missouri limited liability company.

2. The members of Circle M Cattle, LLC are (i) an individual who is a Missouri resident; (ii) a Missouri non-business trust whose beneficiary and trustee are each Missouri residents; (iii) a Missouri non-business trust whose beneficiary and trustee are each Missouri residents; and (iv) a Missouri non-business trust whose beneficiary is an Arkansas resident and whose trustee is a Missouri resident.

1

3. Upon information and belief, NCC is an Oklahoma limited liability company with its principal place of business located in McClain County, Oklahoma and whose members are not Missouri or Arkansas residents.

4. Neal is an individual and resident of McClain County, Oklahoma.

5. Defendants entered into an arrangement with Plaintiff whereunder Plaintiff agreed to provide cattle feed goods and services to Defendants on an open account basis.

6. Plaintiff is seeking judgment against Defendants in an amount in excess of the $75,000.00 amount required for diversity jurisdiction under 28 U.S.C. § 1332.

7. This Court has subject matter jurisdiction over this matter pursuant to the diversity of citizenship provision contained in 28 U.S.C. § 1332(a) because this is a civil action (i) between citizens of different states, and (ii) where the amount in controversy is in excess of $75,000.00, exclusive of interest and costs.

8. Plaintiff's claims arise out of and relate to events and actions which occurred in McClain County, Oklahoma in connection with Plaintiff's sale of cattle feed to Defendants.

9. The United States District Court for the Western District of Oklahoma is the appropriate venue for this action because this District includes McClain County, Oklahoma. *See* 28 U.S.C. § 116(c).

10. This Court has personal jurisdiction over the parties and venue is proper in this judicial district pursuant to 28 U.S.C. § 116(c) and 28 U.S.C. § 1391(b) as a substantial part of the events or omissions giving rise to this lawsuit occurred in this District.

## Cause of Action I: Open Account

11. Plaintiff hereby adopts, incorporates and re-alleges Paragraphs 1 through 10 herein.

12. Plaintiff provided and delivered cattle feed to Defendants on open account.

13. As of the date of filing of this Petition, there is due and owing from Defendants to Plaintiff the sum of Ninety-Seven Thousand Eight Hundred Dollars and 56/100 ($97,800.56), together with interest accruing from and after the date of filing, until paid, costs of action, and reasonable attorneys' fees, pursuant to 12 O.S. § 936.

## Cause of Action II: Breach of Contract

14. Plaintiff hereby adopts, incorporates and re-alleges Paragraphs 1 through 13 herein.

15. Defendant Derrick Neal, acting with and on behalf of NCC, hired Plaintiff for the purchase and delivery of certain cattle feed and delivery services to Defendants.

16. When Defendants Neal and NCC hired Plaintiff to provide such goods and services to them an agreement and contract was formed between the Parties.

17. Between about May 2024 through August 2024, pursuant to the Parties' Agreement and Defendants' instruction, Plaintiff provided and delivered certain cattle feed goods and services to Defendants.

18. Plaintiff invoiced Defendants for the goods provided for the total amount remaining which is Ninety-Seven Thousand Eight Hundred Dollars and 56/100 ($97,800.56).

19. Defendants failed and refused to pay the balance of the invoices, thereby breaching the Parties' Contract.

20. As of the date of filing of this Petition, there is due and owing from Defendants to Plaintiff the sum of Ninety-Seven Thousand Eight Hundred Dollars and 56/100 ($97,800.56), together with interest accruing from and after the date of filing, until paid, costs of action, and reasonable attorneys' fees, pursuant to 12 O.S. § 936.

### Cause of Action III: Unjust Enrichment

21. Plaintiff hereby adopts, incorporates and re-alleges Paragraphs 1 through 20 herein.

22. Plaintiff has conferred goods and benefits on Defendants by providing and delivering certain cattle feed to Defendants with a value of at least $97,800.56.

23. To allow Defendants to retain goods and benefits received from Plaintiff at Plaintiff's expense would result in an injustice to Plaintiff while unjustly enriching Defendants.

24. Defendants' unjust enrichment necessitates the disgorgement of funds and goods unjustly retained by Defendants and reimbursement of Plaintiff for the same.

### Cause of Action IV: Quantum Meruit

25. Plaintiff hereby adopts, incorporates and re-alleges Paragraphs 1 through 24 herein.

26. At the request of Defendants, Plaintiff provided certain materials and goods to Defendants with a reasonable expectation of being paid for said materials and goods.

27. Defendants accepted Plaintiff's materials and goods delivered to it.

4

28. Plaintiff invoiced Defendants for said materials and goods and Defendants have refused and failed to pay Plaintiff in full for said materials and goods.

29. Defendants have benefitted to the detriment of Plaintiff by receiving materials and goods and not rendering payment for the same.

30. Defendants will unfairly and unjustly benefit in excess of Ninety-Seven Thousand Eight Hundred Dollars and 56/100 ($97,800.56) plus attorneys' fees and costs incurred in the filing of this lawsuit.

WHEREFORE, Plaintiff Circle M Feeds, LLC respectfully requests the Court finds in its favor and enter Judgment against Defendants, Derrick Neal and Neal Cattle Company, LLC, for actual damages in the amount of Ninety-Seven Thousand Eight Hundred Dollars and 56/100 ($97,800.56), all applicable interest, its reasonable attorneys' fees and costs incurred in this matter and for any other relief to which Plaintiff is entitled and which this Court finds just and proper.

Respectfully submitted,

*s/Jason A. Dunn*
Jason A. Dunn, OBA #22788
Madeline Marshall Nelson, OBA #34713
PERRI DUNN PLLC
BancFirst Tower, Suite 3280
100 N. Broadway Ave.
Oklahoma City, OK 73102
Telephone: (405) 724-8543
Facsimile: (405) 724-5007
jadunn@perridunn.com
mmmarshall@perridunn.com
**Attorneys for Plaintiff**